JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA JOHNSON, an individual,<br><br>        Plaintiff,<br>  v.<br><br>ALBERTSONS COMPANIES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,,<br><br>        Defendants. | Case No. 2:18-cv-04606-GW-JEM<br><br>Judge: George H. Wu<br>Ctrm: 9D, 9th Floor<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Date: January 24, 2019<br>Time: 8:30 a.m.<br>Ctrm: 9D<br><br>Action Filed: April 25, 2018<br>Removal Filed: May 25, 2018<br>Disc. Cutoff: February 8, 2019<br>Trial Date: May 21, 2019 |

Notice of Resolution

Carothers DiSante & Freudenberger LLP

1438650.1

IT IS HEREBY ORDERED that pursuant to the Joint Stipulation for Dismissal With Prejudice that this action is dismissed with prejudice. Each party shall bear his/its own attorneys' fees, costs, and expenses in the Action.

Dated: February 27, 2019

_____
Honorable George H. Wu
United States District Court Judge

Carothers DiSante & Freudenberger LLP

1438650.1